**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 280 WAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
RONALD C. SNEE, :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.